BOARD OF REGENTS OF THE UNIVERSITY...
ACADEMIC YEAR EMPLOYMENT CONTRACT FOR
NON-TENURED ON TRACK

To:    Mr. Thomas M. Thibeault

Please be advised that the Board of Regents of the University System of Georgia has approved your employment as Instructor of English at East Georgia College.

The period of your employment is for the 2009-2010 academic year beginning on 8/1/09 and ending on 5/7/10.

Your salary for the academic year will be $42,296.12 and is payable according to the applicable funding sources and the Institution's payroll schedule. For fractional portions of a pay period in which service is rendered, payment of salary will be computed as the fraction of the salary for that payroll period. If your services should be needed beyond your full-time academic year commitment, a separate arrangement will be made with you covering your services. Notwithstanding any other provision of this contract, for Fiscal Year 2009-2010, the Board of Regents has authorized the president to implement a mandatory furlough program requiring employees to take not more than 10 days of unpaid leave. In the event it becomes necessary for the president to exercise this authority, employee furloughs will be implemented in accordance with guidelines promulgated by the Office of the Chancellor.

Your specific job-related duties, responsibilities, and assignments associated with this employment contract are defined elsewhere, are subject to modification as needed, and are determined by the administrative officers of East Georgia College in your reporting line to the president.

This agreement is made expressly subject to the applicable state and federal laws and to the statutes and regulations of this institution and to the Bylaws and Policies of the Board of Regents, which are available for your inspection upon request.

Please signify your acceptance of this employment by signing and returning the enclosed original contract and all but one of the copies to my office at this institution within twenty (20) days from this date. Failure to reply within this deadline may void this offer.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,
BY AND ON BEHALF OF EAST GEORGIA COLLEGE

By: _____   Date:   June 17, 2009
    John B. Black
    President

CONTRACT ACCEPTANCE

I accept the employment described above under the terms set forth. I understand that at the expiration of the terms of this contract I will not be re-employed unless there is a new and separate offer by the Board of Regents on behalf of East Georgia College and acceptance thereof by me.

Signed: *Thomas M. Thibeault*    Date: *June 18, 2009*

Exhibit A