UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THOMAS THIBEAULT,

    Plaintiff,

v.

BOARD OF REGENTS, et al.,

    Defendants.

Civil Action File Number:
6:10-CV-00067-BAE-GRS

## STIPULATION OF DISMISSAL

Through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated August 23, 2011.

| | |
|---|---|
| s/ Regan Keebaugh | s/ Kathleen T. Gosden |
| Regan Keebaugh | Kathleen T. Gosden |
| Georgia Bar No. 535500 | Georgia Bar No. 712705 |
| rkeebaugh@pcwlawfirm.com | kgosden@law.ga.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| | |
| PARKS, CHESIN & WALBERT, P.C. | OFFICE OF ATTORNEY GENERAL |
| 75 Fourteenth Street, 26th Floor | 40 Capitol Square, SW |
| Atlanta, GA 30309 | Atlanta, GA 30334-1300 |
| (404) 873-8000 Telephone | (404) 656-3393 Telephone |
| (404) 873-8050 Facsimile | (404) 657-9932 Facsimile |

APPROVED:

B. Avant Edenfield
Judge, U. S. District Court SDGA